MICHAEL KAGAN
Nevada Bar No. 12318C
DRIANNA DIMATULAC
YILU SONG
Student Attorneys Practicing
Under Nevada Supreme Court Rule 49.3
Attorneys for Petitioner
**UNLV IMMIGRATION CLINIC**
Thomas & Mack Legal Clinic
William S. Boyd School of Law
University of Nevada, Las Vegas
P.O. Box 71075
Las Vegas, Nevada 89170
Telephone: 702-895-3000
Facsimile: 702-895-2081
Email: Michael.Kagan@unlv.edu
Email: DimatD1@unlv.nevada.edu
Email: SongY10@unlv.nevada.edu

*Counsel for Petitioner*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA (Las Vegas)**

| | |
|---|---|
| **E.C.**<br><br>                            *Petitioner*,<br><br>        v.<br><br>**KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, PAMELA J. BONDI, U.S. DEPARTMENT OF JUSTICE, TODD LYONS,  JASON KNIGHT, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT and JOHN MATTOS,**<br><br>                            *Respondents*. | Case No.: 2:25-cv-01789-RFB-BNW<br><br><br>**JOINT STATUS REPORT PURSUANT TO ORDER GRANTING PETITIONER'S PRELIMINARY INJUNCTION (ECF No. 19) AND STIPULATION AND ORDER OF DISMISSAL** |

*JOINT STATUS REPORT AND STIPULATION AND ORDER OF DISSMISSAL*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Petitioner E.C ("Petitioner") and Federal Respondents ("Respondents"), by and through their undersigned counsel, hereby submit this Joint Status Report pursuant to this Court's Order Granting Petitioner's Preliminary Injunction.  ECF No. 19.  Petitioner and Federal Respondents, by and through their respective counsel, also stipulate to the dismissal without prejudice of each and every cause of action alleged in the Petition for Writ of Habeas Corpus filed in this case (ECF No.1), each party to bear its own fees and costs.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    Background

On September 22, 2025, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 18 U.S.C. § 2241. ECF No. 1.  The same day, Petitioner filed a Motion for Protective Order, ECF No. 3, as well as a Motion for Temporary Restraining Order (TRO).  ECF No. 4. On September 23, this case was randomly assigned to Chief Judge Andrew P. Gordon and Magistrate Judge Brenda Weksler. The same day, in accordance with Local Rule 42-1 and Federal Rule of Civil Procedure 42(a), this case was transferred to this Court based on the common questions of fact and law raised in the instant Petition and in *Maldonado Vazquez v. Feeley*, Case No. 2:25-cv-01542-RFB-EJY. ECF No. 5. On September 24, this Court issued a minute order to seal the case in its entirety, pending future orders. ECF No. 6. The same day, this Court served Respondents. ECF No. 7. On September 26, Respondents appeared in the case and filed a stipulation for extension of time to respond. ECF No. 9. On October 1, Respondents filed their Opposition to the Motion for TRO. ECF No. 13. On October 3, Petitioner filed his Reply in Support of the Motion for TRO. ECF No.14.

*JOINT STATUS REPORT AND STIPULATION AND ORDER OF DISSMISSAL*

This Court granted a Preliminary Injunction on October 14, 2025 ordering that Petitioner receive a bond hearing in Immigration Court within seven days, or in the alternative to be immediately released. ECF No. 19.

## II.      Status Report

On October 20, 2025, the Las Vegas Immigration Court held a bond hearing for Petitioner, with Judge Daugherty as the presiding Immigration Judge ("IJ").  Judge Daugherty ruled that Petitioner be released from custody on the statutory minimum bond in the amount of $1,500.00 and ATD at the direction of DHS. DHS waived appeal.

Petitioner posted bond on October 21 and was released on October 22.

## III.     Joint Stipulation

In this case, the parties agree that the Petition for Writ of Habeas Corpus (ECF No. 1) is moot.  Petitioner filed his Petition to obtain a bond hearing under 8 U.S.C. § 1226 (a) ("Section 1226 (a)"), rather than mandatory detention without opportunity for a bond hearing under 8 U.S.C. § 1225 (b) (2) ("Section 1225 (b) (2)"), or 8 U.S.C. § 1226 (c) ("Section 1226 (c)"). Because the IJ held a bond hearing pursuant to this Court's order and compliant with Section 1226 (a), the issues raised by this Petition are now moot.  This stipulation does not indicate concession of any issues raised by the parties.

## IV.      Conclusion

For the foregoing reasons, counsel for Petitioner and Federal Respondents have conferred regarding the petition for Writ of Habeas Corpus and agreed to its dismissal.

///
///
///
///
///

*JOINT STATUS REPORT AND STIPULATION AND ORDER OF DISSMISSAL*

Respectfully submitted this 24th day of October 2025,

SIGAL CHATTAH
Acting United States Attorney

/s/ Virginia Tomova
Virginia T. Tomova
Assistant United States Attorney
*Attorneys for the Federal Respondents*

/s/Michael Kagan
Michael Kagan
Nevada Bar No. 12318C

/s/Drianna Dimatulac
Drianna Dimatulac
Student Attorney Practicing
Under Nevada Supreme Court Rule 49.3

/s/Yilu Song
Yilu Song
Student Attorney Practicing
Under Nevada Supreme Court Rule 49.3
*Attorneys for Petitioner*

**UNLV IMMIGRATION CLINIC**
Thomas & Mack Legal Clinic
William S. Boyd School of Law
University of Nevada, Las Vegas
P.O. Box 71075
Las Vegas, Nevada 89170
Telephone: 702-895-3000
Facsimile: 702-895-2081

   **IT IS SO ORDERED**. This matter is **DISMISSED without prejudice,** each party to bear their own fees and costs. The Clerk of Court is instructed to close this case.

   **DATED** this 24th day of October, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

*JOINT STATUS REPORT AND STIPULATION AND ORDER OF DISSMISSAL*